## HAZELWOOD v. LANDMARK BUILDERS, INC.

No. 550P90

Case below: 100 N.C.App. 386

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## HUGGINS v. CRUTCHFIELD PLUMBING AND HEATING CO.

No. 418P90

Case below: 99 N.C.App. 582

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## IN RE BRITT

No. 343P90

Case below: 99 N.C.App. 360

Petition by Michael Ray Britt for writ of certiorari to the North Carolina Court of Appeals denied 10 January 1991.

## IN RE GARDNER

No. 292P90

Case below: 98 N.C.App. 698

Petition by Caveators for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## KEMPSON v. N.C. DEPT. OF HUMAN RESOURCES

No. 570PA90

Case below: 100 N.C.App. 482

Petition by defendant for writ of supersedeas allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 10 January 1991.